**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 21-80014-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ERIC WEINER**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 21]. On July 23, 2021, Magistrate Judge Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 21]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Eric Weiner as to Counts One and Two of the Information is **ACCEPTED**;

3. Defendant Eric Weiner is adjudicated guilty of Count One of the Information, which charges him with conspiracy to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Count Two

CASE NO. 21-80014-CR-CANNON

of the Information which charges him with possession with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of August 2021.

                                                                                     **AILEEN M. CANNON**
                                                                                     **UNITED STATES DISTRICT JUDGE**

cc: counsel of record